# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153979(54)

MARLETTE AUTO WASH, LLC,
          Plaintiff/Counterdefendant-
          Appellant,

v

          SC: 153979
          COA: 326486
          Sanilac CC: 14-035490-CH

VAN DYKE SC PROPERTIES, LLC,
          Defendant/Counterplaintiff-
          Appellee.
_____/

      On order of the Chief Justice, the motion of the Real Property Law Section of the State Bar of Michigan to participate as amicus curiae and to file an amicus brief is GRANTED. The amicus brief submitted on November 15, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2016



Clerk